■ GARY GOLDSTEIN et al., Appellants, v LEI LIQUIDATING CORP. et al., Respondents. — Order, Supreme Court, New York County (Richard Lane, J.), entered on August 24, 1982, unanimously affirmed for the reasons stated by R.

Lane, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Sandler, Silverman, Fein and Kassal, JJ.